IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01133-PAB-SKC

PATTI A. HARTMAN,

    Plaintiff,

v.

HARRISON SCHOOL DISTRICT TWO and
HARRISON SCHOOL DISTRICT TWO BOARD OF EDUCATION,

    Defendants.

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL PREPARATION CONFERENCE AND TRIAL**

The Plaintiff, Patti A. Hartman, by and through her attorneys, Brooke M. Copass and Erik G. Bradberry, of the Colorado Education Association, hereby files this Notice of Settlement and Request to Vacate Trial Preparation Conference and Trial, and in support thereof states as follows:

1. Presently, this case is scheduled for a trial preparation conference on Friday, January 11, 2019.

2. Trial in this case is scheduled to begin on Monday, January 28, 2019.

3. After receiving the Court's Order on Defendants' Motion for Summary Judgment, the parties met by phone and exchanged emails in an effort to settle the case.

4. The parties reached a settlement agreement, which they will memorialize in writing as soon as practicable. Pursuant to that agreement, the Defendants will provide the Plaintiff with the agreed-upon settlement figure; thereafter, and within the number of days

therein specified, the Plaintiff will move to dismiss this case.  If the terms of the settlement agreement are not accomplished, the Plaintiff will notify this court.

WHEREFORE, the Plaintiff respectfully requests that the Court vacate the trial preparation conference and trial dates in this matter.

DATED this 10th day of January, 2019.

/s/ Erik G. Bradberry
Brooke M. Copass
Erik G. Bradberry
Colorado Education Association
1500 Grant Street
Denver, CO 80203
Phone: (303) 837-1500
Fax: (303) 861-2039
bcopass@coloradoea.org
ebradberry@coloradoea.org

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of January, 2019 a true and correct copy of the foregoing **NOTICE OF SETTLEMENT AND REQUEST TO VACATE TRIAL PREPARATION CONFERENCE AND TRIAL** was electronically filed with service requested as follows:

Courtney B. Kramer, Esq.
Jonathan N. Eddy, Esq.
Attorneys for Defendants
Senter Goldfarb & Rice LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210

                                                    /s/ Bridget Calip
                                                    Bridget Calip